Case: 1:26-mj-000197
Assigned To: Judge Faruqui, Zia M.
Assign. Date: 10/29/2026
Description: COMPLAINT W/ARREST WARRANT

**STATEMENT OF FACTS**

1. On October 27, 2026, at approximately 12:35 a.m., law enforcement officers were patrolling the 3900 block of South Capitol Street Southwest in Washington, D.C., in marked and unmarked vehicles. While observing from inside a patrol vehicle, officers saw individuals standing in front of the 24-Hour Tobacco and Grocery store, located at 3915 South Capitol Street Southwest. Officers observed an individual, later identified as Tyrell CARTER holding a white hand rolled cigarette and exhaling a cloud of white smoke.

2. Officers, whose vehicle windows were already lowered, detected the odor of burning marijuana coming from the area where CARTER was standing by a bicycle. Officers exited their vehicles and approached CARTER asking him to put out the cigarette. CARTER then put out the cigarette on the handlebar of his bicycle and threw it on the ground. Officers lifted CARTER'S sweatshirt and recovered a firearm from the front waistband of his clothing.




*Figure 1: A screenshot of officer body-worn camera depicting CARTER putting out the cigarette on the handlebar.*




*Figure 2: A screenshot of officer body-worn camera in which the firearm is observed in CARTER's front waistband.*

3. The recovered firearm was a Glock 22 with a serial number of BDDT576. The firearm had 22 rounds of .40mm ammunition in the attached magazine. A check of police records revealed CARTER was not licensed to possess a firearm in the District of Columbia, nor was the firearm registered in the District of Columbia.




*Figure 3: A photograph of the recovered marijuana cigarette and the positive THC results.*

4. Officers conducted a criminal history check and confirmed CARTER's identity. Additionally, the criminal history check revealed that CARTER was convicted of Conspiracy to Commit Carjacking/Intimidate on April 8, 2021, in Prince Georges Circuit Court, Maryland in case number CT200801B. For that conviction, CARTER received a sentence of 20 years of incarceration, with 18 years, 6 months and 10 days suspended, and 5 years of probation. CARTER was also convicted of Robbery on April 8, 2021, in Prince Georges Circuit Court, Maryland in case number CT200745C. For that conviction CARTER received a sentence of 15 years of incarceration, with 14 years, 3 months and 2 days suspended, and 5 years of probation.

5. There are no firearms or ammunition manufacturers in the District of Columbia. Therefore, the firearm and ammunition described above necessarily traveled in interstate commerce before they were recovered in the District of Columbia. Based on the facts contained in this affidavit, there is probable cause to believe that TYRELL CARTER unlawfully possessed a firearm and ammunition after having been convicted of a crime punishable by imprisonment for a term exceeding one year, in violation of 18 U.S.C. § 922(g)(1).

Respectfully submitted,

Maximo Aguilar
Special Agent, Badge #7125
Bureau of Alcohol, Tabacco, Firearms
and Explosives

Subscribed and sworn by telephone pursuant to Federal Rule of Criminal Procedure 4.1 on October 29, 2026.

HON. ZIA M. FARUQUI
UNITED STATES MAGISTRATE JUDGE